# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| [Plaintiff] | : |
| ZIYAO JIANG | : |
| vs. | :CASE NO: |
| [Defendant] | : |
| NEW FRANKLIN ADULT DAY HEALTH CARE CENTER | : |

# COMPLAINT

1 . Plaintiff ZIYAO JIANG, address 4658 157th St, Flushing, NY 11355.

2 . Defendant XIE FENG, P.R China ambassador to the U.S. Address 45-15 162nd St, Flushing, NY 11358.

Part One. Facts

3. Defendant participate organized crime at Plaintiff.

Part Two. Compensation.

4. Plaintiff claim $60,00,000 compensation at Defendant.

Feb 03, 2026

/S/[ZIYAO JIANG]

Created with OfficeSuite