UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIYAO JIANG,<br><br>                           Plaintiff,<br><br>          -against-<br><br>NEW FRANKLIN ADULT DAY HEALTH<br>CARE CENTER, ET AL.,<br><br>                           Defendants. | 26cv924 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 12, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

Dated:   February 18, 2026
         New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge